1  ERIC TROUTMAN - SBN 229263
   troutman.eric@dorsey.com
2  DIVYA GUPTA - SBN 284282
   gupta.divya@dorsey.com
3  DORSEY & WHITNEY LLP
   600 Anton Boulevard
4  Suite 2000
   Costa Mesa, CA 92626-7655
5  Telephone:   (714) 800-1400
   Facsimile:   (714) 800-1499
6
   Attorneys for Defendant
7  EVINE LIVE INC.

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11
   KYLE JOHNSON, an individual,         CASE NO. :
12                                      [Placer County Superior Court
              Plaintiff,                Case No.: SCV0038999]
13
   v.
14
   EVINE LIVE INC., a Minnesota         **DEFENDANT EVINE LIVE INC.'S**
15 corporation; and DOES 1 - 10, inclusive, **NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES**
16            Defendant.                **DISTRICT COURT FOR THE EASTERN DISTRICT OF**
17                                      **CALIFORNIA**

18
19                                      Federal Question Jurisdiction
20                                      [28 U.S.C. §§ 1331, 1367, 1441, 1446]
21
22
23
24
25
26
27
28

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant EVINE LIVE INC., ("Defendant") hereby requests the Court to remove the above-captioned action from the Superior Court of the State of California, for the County of Placer, to the United States District Court, Eastern District of California. Removal is proper pursuant to 28 U.S.C. § 1331, based on federal question jurisdiction. In support of this Notice of Removal, EVINE LIVE INC., states as follows:

**I.  SUMMARY OF COMPLAINT**

1. On or about February 1, 2017, Plaintiff Kyle Johnson ("Johnson") commenced in the Superior Court of the State of California, for the County of Placer entitled *Kyle Johnson v. EVINE LIVE, INC.,* Civil Action No. SCV0038999 (the "State Court Action"). Plaintiff asserts three claims for violation of the Telephone Consumer Protection Act (47 U.S.C. §227 *et seq.*) and violation of the UCL (Business and Professions Code § 17200).

**II.  THE REMOVAL IS TIMELY**

2. This Notice of Removal is timely under 28 U.S.C. § 1446(b) and Fed. R. Civ. P. 6(a)(3) because the State Court Action was served on February 3, 2017. Therefore, this notice of removal is filed within thirty days (30) after service and within one year of the original filing of the complaint.

3. This Court has subject matter jurisdiction over this action and all claims asserted against Defendant pursuant to 28 U.S.C. §§ 1331, and removal is proper pursuant to 28 U.S.C. § 1441.

4. Venue in this Court is proper pursuant to 28 U.S.C. §1441(a), which allows a defendant to remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction." The United States

District Court for the Eastern District of California is the federal judicial district and division embracing the Placer County Court, where the State Court Action was originally filed.

5. Pursuant to 28 U.S.C. §§ 1446(d), Defendant is filing this notice of removal with this Court, serving a copy of this notice upon Plaintiff, and filing a copy in the Placer County Court.

## III. FEDERAL QUESTION JURIDICTION

### A. Plaintiff's Complaint Alleges a Federal Question

6. The Complaint names claims for violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA"). The claims therefore presents a federal question within the meaning of 28 U.S.C. § 1331, as it arises under the laws of the United States. *See Mims v. Arrow Financial Services, LLC*, 132 S. Ct. 740, 753 (2012) (holding federal courts have original jurisdiction to hear TCPA claims pursuant to 28 U.S.C. § 1331.)

7. The Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 for the UCL claim.

8. Defendant EVINE LIVE INC., reserves all of its defenses, including, without limitation, the right to amend or supplement this Notice of Removal.

**WHEREFORE**, Defendant prays that the State Court Action be removed from state court to this Court and that this Court assume jurisdiction over the action and determine it on the merits.

Dated:  March 3, 2017                              DORSEY & WHITNEY LLP


By: */s/ Eric J. Troutman*
Eric J. Troutman, Esq.

Attorneys for Defendant
EVINE LIVE INC.

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Scott J. Ferrell, Esq.
>PACIFIC TRIAL ATTORNEYS
>4100 Newport Place, Ste. 800
>Newport Beach, CA  92660
>Tel:   (949) 706-6464
>Fax:  (949) 706-6469
>Email:  sferrell@pacifictrialattorneys.com

I hereby certify that I have mailed by United States Postal Service the following document to the following non-CM/ECF participants:  <u>N/A.</u>

Respectfully submitted,

>*/s/ Eric J. Troutman*
>Eric J. Troutman, Esq.