PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE JOHNSON, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>EVINE LIVE INC., a Minnesota corporation; and DOES 1 – 10, inclusive,<br><br>    Defendants. | Case No. 2:17-cv-00477-JA-EFB<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)<br><br>Filed: February 1, 2017<br>Removed: March 3, 2017 |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kyle Johnson voluntarily dismisses the above-captioned action without prejudice.  Each party shall bear its own fees and costs.

Dated:  April 11, 2017          PACIFIC TRIAL ATTORNEYS, APC

                                By: _____
                                Scott J. Ferrell
                                Attorneys for Plaintiff

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 11, 2017, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                           */s/ Scott J. Ferrell*
                                           Scott J. Ferrell, Esq.